

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2024

No. 04-23-00999-CV

Frank **HERRERA**,
Appellant

v.

**INVERTERRA HOLDINGS, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI00438
Honorable Monique Diaz, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. No costs of appeal are assessed against appellant because he qualifies as indigent. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

It is so **ORDERED** on February 7, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February 7, 2024.

Tommy Stolhandske, Clerk of Court